# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NORMA URENA,**

                **Plaintiff,**

**-vs-**                                          **Case No. 6:06-cv-171-Orl-28KRS**

**SUPERIOR HOTELS, INC., UDAY PARMER,**

                **Defendants.**

___

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration after oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **JOINT NOTICE OF FILING AND JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AS STIPULATED FINAL JUDGMENT (Doc. No. 28)** |
| **FILED:** | **April 17, 2007** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

    This case was brought under the Fair Labor Standards Act (FLSA). 29 U.S.C. § 201, *et seq*. The parties have reached a settlement agreement and seek court approval of that agreement. In *Lynn's Food Stores, Inc. v. United States*, the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness." 679 F.2d 1350, 1352-55 (11th Cir. 1982).

Accordingly, on April 30, 2007, I held a hearing to address the fairness of the settlement. According to counsel, under the settlement agreement in this case, Plaintiff Norma Urena will receive compensation for all of the overtime wages to which she was allegedly entitled. Therefore, I find that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id*. at 1354. Accordingly, I respectfully recommend that the Court approve the settlement.

I further recommend that the Court dismiss this matter with prejudice, as stipulated to by the parties, and retain jurisdiction to enforce the settlement agreement.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 30, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy