# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NORMA URENA,**

            **Plaintiff,**

-vs-                                       Case No.  6:06-cv-171-Orl-28KRS

**SUPERIOR HOTELS, INC., UDAY PARMER,**

            **Defendants.**

___

## ORDER

This case is before the Court on the Joint Notice of Filing and Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. No. 28) filed April 17, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation except that the Court will not retain jurisdiction to enforce the settlement agreement.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 30, 2007 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** with the one exception noted above and is made a part of this Order.

    2.    The Joint Motion for Approval of Settlement Agreement is **GRANTED**.

    3.    The Settlement Agreement is **APPROVED**.

4. This case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __24__ day of May, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party